THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.,

 
 
 
 
 Ladrequz Polk, Appellant.
 
 
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2010-UP-441
 Submitted October 1, 2010  Filed October
13, 2010

AFFIRMED

 
 
 
 Chief Appellate Defender Robert M. Dudek,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, and Senior Assistant Attorney General Harold M. Combs, Jr.,
 of Columbia; of Greenville, for Respondent.
 
 
 

PER CURIAM:  Ladrequz
 Polk appeals his conviction and sentences for possession of marijuana with
 intent to distribute (PWID) and PWID within half a mile of a school, arguing
 the circuit court erred in refusing to charge the jury on the lesser included
 offense of simple possession.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities:  State v.
 Wilson, 345 S.C. 1, 5-6, 545 S.E.2d
 827, 829 (2001) (holding in criminal cases, the appellate court sits to review
 errors of law only and is bound by the factual findings of the circuit court
 unless clearly erroneous);  State v.
 Brown, 362 S.C. 258, 262, 607 S.E.2d
 93, 95 (Ct. App. 2004) (stating the circuit court should grant a request
 to charge the jury in accordance with South Carolina law when evidence
 presented at trial supports the requested charge but preventing an appellate
 court from reversing based upon a refused jury charge unless the complaining
 party proves the refusal was erroneous and caused him to suffer prejudice).  
AFFIRMED.
HUFF and GEATHERS, JJ.,
 and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.